**Criminal Case Cover Sheet**  **U.S. District Court - District of Massachusetts**

**Place of Offense:** Category No. __II__ Investigating Agency __USPS OIG__

**City** Fall River  Related Case Information:

**County** Bristol

Superseding Ind./ Inf. __N/A__ Case No. ____
Same Defendant ____ New Defendant ____
Magistrate Judge Case Number __20-mj-6016-MPK__
Search Warrant Case Number ____
R 20/R 40 from District of ____

**Defendant Information:**

Defendant Name: SHAWN M. HERRON  Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: ____

Address: (City & State) WHITMAN, MA

Birth date (Yr only): 1975  SSN (last4#): 0465  Sex: M  Race: W  Nationality: US

**Defense Counsel if known:** Brendan Kelley, AFPD  Address: ____

**Bar Number:** ____

**U.S. Attorney Information:**

**AUSA** Eugenia M. Carris  Bar Number if applicable ____

**Interpreter:** ☐ Yes ☑ No  List language and/or dialect: ____

**Victims:** ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested  ☑ Regular Process  ☐ In Custody

**Location Status:**

**Arrest Date** 02/11/2020

☐ Already in Federal Custody as of ____ in ____
☐ Already in State Custody at ____ ☐ Serving Sentence ☐ Awaiting Trial
☑ On Pretrial Release:  Ordered by: MJ Kelley  on 02-11-2020

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 08/06/2020  Signature of AUSA: /s/ Eugenia M. Carris

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**     SHAWN M. HERRON

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to distribute controlled substances | 1 |
| Set 2 | 18 U.S.C. § 1709 | Theft of mail by postal employee | 2 |
| Set 3 | 21 U.S.C. § 853 | Forfeiture allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____