

# UNITED STATES POSTAL SERVICE
# OFFICE OF INSPECTOR GENERAL

## SWORN STATEMENT

DATE: __6 2__ / __11__ / __20__
     (Month)  (Day)  (Year)

STATEMENT OF: _Sherry Herron_

POSTAL SERVICE EMPLOYEE ID NUMBER (If applicable): _____

I, _Sherry Herron_, have been interviewed by Special Agent _Dicarlo_ & _Insp. Foley_ of the U.S. Postal Service, Office of Inspector General. At this time, I desire to make the following statement. I make this decision freely, knowingly, and voluntarily, and without any threats or promises having been extended to me.

Page _1_ of _4_

Initials: _[signature]_

**RESTRICTED INFORMATION SWORN STATEMENT** — This report is furnished on an official need to know basis and must be protected from dissemination which may compromise the best interests of the U.S. Postal Service Office of Inspector General. This report shall not be released in response to a Freedom of Information Act or Privacy Act request or disseminated to other parties without prior consultation with the Office of Inspector General. Unauthorized release may result in criminal prosecution.

**STATEMENT**: Narrative, should be written in the first person.

I Shaun Herron give this statement fully advising Postal Insp. & OIG that I have been involved in intercepting packages that may or may not have contained illegal items inside. Some packages have and some have not contained illegal things. I did this to keep the well being of my brother of whom was in trouble due to a debt obtained by "Bill". I intercepted pieces of mail of which tracking numbers and addresses were provided to me and those said packages were picked up at the Fall River Post Office. Again I did this to protect my brother and would protect him by any means necessary if need be. I'm disgraced at my decision to be coerced into doing this and truly am sorry. I've been trying to get out of the Fall River Post Office in order to get out of this nonsense and to get a fresh start of which has not happened as of 8/11/20.

Page 2 of 4

Initials

**RESTRICTED INFORMATION**
**SWORN STATEMENT**

This report is furnished on an official need to know basis and must be protected from dissemination which may compromise the best interests of the U.S. Postal Service Office of Inspector General. This report shall not be released in response to a Freedom of Information Act or Privacy Act request or disseminated to other parties without prior consultation with the Office of Inspector General. Unauthorized release may result in criminal prosecution.

HERRON_000003

**STATEMENT**: Narrative should be written in the first person.

This has been going on off and on since approx. 7/19 and I've not counted the amount of times this has occurred but my best guess is approx. 15 times or so. I have on occasion requested other packages to be picked up in order to get my brothers debt payed off to no avail. I've done my best to help my mother of which I have a strong bond with and it just doesn't seem to be enough. I'm willing to get full details on the involved parties and give this information to whomever needs it. I'm willing to be in full cooperation with all parties in hope I don't lose my 15 year career and my family. I'm embarrassed, disgusted, and shameful of my actions and truly apologize for what I have done, but it was to protect my brother whom I love and cherish dearly.

Page 3 of 4

Initials

**RESTRICTED INFORMATION**
**SWORN STATEMENT**

This report is furnished on an official need to know basis and must be protected from dissemination which may compromise the best interests of the U.S. Postal Service Office of Inspector General. This report shall not be released in response to a Freedom of Information Act or Privacy Act request or disseminated to other parties without prior consultation with the Office of Inspector General. Unauthorized release may result in criminal prosecution.

I acknowledge that I have read this statement consisting of __4__ pages in its entirety. I have initialed each page and correction and signed the statement. I declare under penalty of perjury that the foregoing statement is true and correct.

Signature: _[signature]_

Date and Time: __02/11/20   1:26pm__


I declare under penalty of perjury that the foregoing statement was given to me by __Shawn Herron__ on __2-11-20__.
      Name of Witness                       Date

Special Agent: _[signature]_

Witness: _[signature]_

Witness: _____

Page __4__ of __4__

Initial: _[initials]_

**RESTRICTED INFORMATION**
**SWORN STATEMENT**

This report is furnished on an official need to know basis and must be protected from dissemination which may compromise the best interests of the U.S. Postal Service Office of Inspector General. This report shall not be released in response to a Freedom of Information Act or Privacy Act request or disseminated to other parties without prior consultation with the Office of Inspector General. Unauthorized release may result in criminal prosecution.

HERRON_000005