UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| V. | ) ) | Criminal No. 1:20-CR-10145-FDS |
| SHAWN HERRON | ) ) ) | |

**DEFENDANT'S MOTION FOR DOWNWARD DEPARTURE**
**AND/OR FOR THE IMPOSITION OF A NON-GUIDELINE SENTENCE**

The defendant, Shawn Herron, in the above-entitled matter, moves this Court pursuant to U.S.S.G. §4A1.3(b)(1) to depart downward from the sentence range advised by the United States Sentencing Guidelines on the ground that, "the defendant's criminal history category substantially over-represents the seriousness of the defendant's criminal history or the likelihood that the defendant will commit other crimes" and because he should be given the benefit of the First Step Act. The defendant also moves pursuant to 18 U.S.C. §3553(a) that the Court impose a non-guideline sentence on him. In support of this motion, the defendant reiterates and incorporates herein, the Defendant's Sentencing Memorandum, filed simultaneously herewith.

Respectfully submitted
By his attorney,

/s/ Bernard Grossberg
_____
Bernard Grossberg
38 Green Street
Milton, MA 02186
(617) 737-8558
B.B.O. No. 212900

1

## CERTIFICATE OF SERVICE

      I, Bernard Grossberg, hereby certify that on March 2, 2022, I served a true copy of the **Defendant's Motion For Downward Departure And/Or For The Imposition Of A Non-Guideline Sentence** upon Assistant United States Attorney, Eugenia Carris and Charles Dell'anno, Office of the United States Attorney, 1 Courthouse Way, Boston, MA 02210 by electronic filing to all registered users.

                                      /s/ Bernard Grossberg

                                      _____

                                      Bernard Grossberg