From: Melissa Herron mellh0331@gmail.com
Subject: Herron
Date: Mar 1, 2022 at 7:16:17 PM
To: bgrossberg@grossberglaw.com

## The Honorable Chief Judge Saylor,

I am writing to you on behalf of Shawn Herron, my husband, and the father of my children.

It's just one day since I left your courtroom and my heart is filled with anger and disgust to say the least, to what I heard Attorney Carris read aloud. I am not sure if you took a look at me during the hearing but I was in complete awe and I almost couldn't believe we were speaking about the man I love. I was sure this was a mistake and she had the wrong person, in fact I was wrong.

Shawn and I met when we were very young. We grew up in very different areas of Massachusetts, him growing up in Quincy and me, East Boston. Finding each other in our teenage years as young working children at the time, working at the corner mall in Boston.  Our relationship was extremely rocky at times and we battled through what I believe is true love. Nothing is easy in any relationship and we got through hurricanes and storms not a lot of young people would survive.

When I met Shawn he was already a father to a 3 year old little girl. I was shocked at him becoming a father at age 16 and I was also curious.  I enjoyed watching him be a father to his

daughter and knew that was the kind of dad I wanted my children to have. I grew up without a father and when choosing the man I was going to marry, I was picking one that was going to be a father that was invested in his children. A man that was going to put his family first and to give all he had. And that's exactly what Shawn is. The best dad and the best husband.

Although being parents at our young age we did the best we can do. That young little 3 year old girl I met 27 years ago is now 30 and she is graduating a nursing program in the winter of 2022 and planning a wedding. We were granted full custody of her when she was 10 and we raised her in our household.

Shawn and I proceeded to have two children together and got married 20 years ago. Our first daughter is a graduate of Regis College, studied nuclear medicine, and is currently working for Beth Israel hospital. Our youngest daughter is 17 and will be graduating high school in the summer. She plans on becoming a secondary education teacher, and is applying to colleges at this moment.

We also participated in the upbringing of his deceased sisters children and they both are doing very well.

Since February of 2020, when Shawn was arrested it was like a tornado hit my family. Dealing with a 15 year old at the time that was traumatized by the media and kids in our town. I almost

feel grateful for COVID, as she didn't have to go to school and be harassed and bullied about the news of her dad. She still struggles today with it and that's a working progress. The other kids are older and is horrified to say the least. But as a family we will conquer this and learn from it.

Shawn is an all around great guy. Shawn is the person everyone counts on to help them. Shawn is the first call for many for when the heat is out, the paint is chipping, or the toilet is leaking. He is always there for anyone that needs a hand. He is the first to rise to help anyone.

Shawn was put on leave since the investigation and since then has picked up a new craft working for an insulation company. Shawn has never missed a day of work, despite being unemployed at the time he found work in a weeks time and has been working since this case began. Shawn has complied with probation for the last 20 months, worked hard to regain his strength to not let this break him or break his family.

When hearing the charges and the consequences of the charges, I must admit I'm fearful of the impact of the weight of how this will destroy my family, my life, and everything we achieved. Drugs charges are serious! Drugs do not discriminate!

Over the last 20 months this case has haunted us, but it also

helped us. 20 months of checking in with probation, random drug tests, multiple visits with the PO, and finding new work. Shawn was readily available to his PO and she would most likely consider him an easy case as he complied with every request or demand. She wasn't an easy PO which is why I respect her and feel she will help keep Shawn on the right track.

Now your honor, I ask if you can please, please take a deep look at Shawn. Think of the man, the father, and the hard working guy he is and consider penalizing him with thought. A though that will let him continue being a tax paying citizen, an individual contributor to society, and someone that will be allowed to go to work after today to continue to feed his family.

I understand the severity of this case and most likely deserve jail time, however, jail isn't for everyone. If you can put your trust in me I can assure you living with me as a wife, working full time, and probation will be keep Shawn in the right lane.  The lane that society needs.

I appreciate you taking the time to read this letter and value you as a judge in todays crazy world.


Sincerely,
Melissa Herron



## MARINE INSULATION SERVICES, INC.

### COMMERCIAL – INDUSTRIAL – MARINE CONTRACTOR

February 28, 2022

The Honorable F. Dennis Saylor, IV
United States District Court
For the District of Massachusetts
John Joseph Moakley U. S. Courthouse
Suite 2300
1 Courthouse Way
Boston, MA 02110

Dear Judge Saylor,

I am writing to you regarding Shawn Herron who will be sentenced by you on March 7, 2022. I am his employer as well as his friend. I have known Shawn for almost 2 years and am aware that he has plead guilty to federal criminal charges of conspiracy to distribute and possess cocaine and theft of mail by a post office employee. I sincerely believe that Shawn is not a criminal inclined to commit criminal offenses and that his involvement in these offenses was out of character, an aberration in his life caused by his concern for his brother. I know that Shawn is very committed to his family and that he has taken care of and watched out for his brother his entire life. He feels responsible for his brother and has not only cared for his brother but resolved his problems in the past. I truly believe that Shawn would never have gotten involved in criminal matters if he did not believe that doing so was the only way to protect his brother from harm. Although I believe that Shawn committed the offenses to keep his brother out of a situation in which he was not involved, he has not blamed his brother for his involvement and has accepted total responsibility for his actions. I know Shawn is greatly distressed and ashamed by his actions. He was very upset that his daughter was teased at school when the case was publicized in a local newspaper, and he had to take his daughter out of school and home schooled her when the case was in the news. As a result of the case and Shawn's concern for his family he became extremely upset and anxious and had to seek help in getting through the case. I know that Shawn is a good family man, and you should be aware of his dedication to his job, hard work and endless responsibility to work and home as similarly to his character. There is nothing to be gained by imprisoning Shawn as he admitted his guilt as soon as he was confronted by the postal inspectors. The loss of his job, pension and standing in the community are also facts to be considered in sentencing Shawn. I firmly believe that Shawn will never commit another criminal offense in his lifetime. I sincerely believe that there are other forms of punishment that adequately punish Shawn for his wrongdoing, and I ask you to allow him to pay his debt to society by performing community service. I humbly and respectfully ask you to place Shawn on probation and in doing so extend his community service as an appropriate punishment in this case for Shawn. Thank you.

Sincerely,

David W. Cheffro
President / Owner

110 Morgan RD, Plymouth MA 02360                                           Mis.iperle@gmail.com

To whom it may concern,

I am writing this letter on behalf of Shawn Herron. I wanted to let you know what kind of person Shawn is and his importance in my family's life. Shawn is the type of person who can get along with anyone and is certainly willing to help anyone in need. As an example, Shawn and I camp at the same campground each summer; at the end of each season Shawn will go around the campground and winterize 15 trailers for people who are unable to do it themselves. He constantly fixed and upgraded houses knowing that his family and friends could not afford it without help. He has been a friend I can confide in and picks me up when I am down. Shawn is very good working with his hands and helped me out in many situations saving me thousands of dollars that I don't have. In one situation Shawn traveled from his home in Whitman to my home in Lynn in very bad whether to help me with my heating system so my family, which includes my 7-year-old son, had heat on a 0-degree night. That is just one of the numerous examples of Shawn helping me and my family. Shawn is a brother to both me and my wife and a wonderful role model and playmate to my 7-year-old son. He is not known to my son as Shawn but instead Uncle Shawn. There are a great many people could write similar letters stating how important Shawn is to them and their families. I don't have a lot of people that I consider very close friends, but Shawn is definitely one. He is not a friend that I could be without. It is not because he can do things for me but because of the person he is. Shawn would be solemnly missed by my family if he were not in our lives. If there is a person who deserves some leniency it would be Shawn. He is so important to so many people and has a quality of making people, even those he just met, feel important. I consider it honor for him to call me a friend.

Sincerely,
Bill McMahon

From: Melissa Herron mellh0331@gmail.com
Subject: Fwd: Shawn Herron
Date: Feb 24, 2022 at 10:44:47 AM
To: bgrossberg@grossberglaw.com

Sent from my iPhone

Begin forwarded message:

From: Karissa McMahon <karismcmahon@gmail.com>
Date: January 21, 2022 at 5:38:37 PM EST
To: Melissa Herron <mellh0331@gmail.com>
Subject: Shawn Herron

---------- Forwarded message ---------
From: **Karissa Bellavia** <karissa.bellavia@ezcater.com>
Date: Fri, Jan 21, 2022, 5:37 PM
Subject: Shawn Herron
To: <karismcmahon@gmail.com>

To Whom It May Concern,

I'm writing this letter to you on behalf of Shawn Herron. I was in the courtroom in October when Mr. Herron pleaded guilty, I heard some things that were very hard to digest. The Shawn that I know is not that person. The Shawn that I have known for over 25 years is one of the most loyal, caring, generous friends

you could ever have. Shawn came into my life through his wife and my life long best friend Melissa Herron. I was 16 years old when we met, and from the very start he became family to me. Shawn has been there for me and my family in so many ways. He has spent his free time helping my husband renovate my kitchen, fix my broken stairs, come to my house 60 minutes away in the middle of the night to fix my furnace and refused to leave until the heat was on and working on a cold night. I could never list every time Shawn has lent a helping hand, because I would be here forever. He is the go to guy in our group of friends, I am not the only one he has continuously been there for time and time again, never expecting anything in return and always just so happy to help. There is the friend Shawn and then there is the family man Shawn. Who is equally just as amazing. I have watched him and his wife raise 5 children over the years, 2 of which were his deceased sisters' children. I watched him work hours upon hours just to make ends meet and to make sure his family and children could have everything they wanted and more. The job they have done with their children is amazing considering they were just kids themselves. I have also watched Shawn be a huge influence on his nieces and nephews, including my son. My son who is only 7 loves his Uncle Shawn. He is the kind of guy who shows up to his games or picks up the football and plays with him. Shawn is a present person in all his relationships, but especially with kids in his life.

I know that the charges are serious, and I also know he takes them seriously. Shawn is the kind of guy that will not throw a

second chance away and in my opinion, he deserves one. I ask that you please take my words and pleas into consideration when you make your decision about Shawn's fate. Please give him the chance to continue to show the courts that even when the best people make mistakes they can use those experiences and learn from them.

I truly appreciate you taking the time to read this.

Thank you,

Karissa Bellavia McMahon

February 28th, 2022

The Honorable F. Dennis Saylor, IV
United States District Court
for the district of Massachusetts

John Joseph Moakley U.S. Courthouse
Suite 2300
1 Courthouse Way
Boston, MA 02110

Dear Judge Saylor,

    I am writing to you today in regards to Shawn Herron, who has recently pleaded guilty to federal criminal charges of conspiracy to distribute and possess cocaine and theft of mail by a post office employee. To my understanding, due to Shawn's plea, sentencing by you is imminent, and I would ask that you consider this letter, as well as any others speaking to Shawn's character during your contemplations.

    My name is Brendan Lotterhand, and I am a full-time Officer with the Plymouth County Sheriff's Office. I have known Shawn for roughly six years, and in that time I can say I have witnessed nothing less than behavior that one such as myself could aspire to mimic. I met Shawn, as well as his family, when I became involved with his daughter, Brittany, in 2016. To say that this was a group of strangers upon our first interactions would be a drastic error, as there has never been anything less than a feeling of complete welcoming and inclusion. To say this was more like a group of extended family that I hadn't seen in a while would be a more accurate interpretation. Shawn Herron was at the forefront of that feeling. Shawn has never been shy to share with me, or anyone else, anything he could give. I've witnessed his selflessness and willingness to go above and beyond for his family. If there was someone that needed help with something, Shawn was there without the need to be asked. It is easy for anyone that knows to surmise that Shawn is a family man.

    When I became involved with the Herrons in 2016, their household consisted of his wife and two younger daughters in Whitman, MA. His eldest daughter was living with a child of her own at her apartment in Bridgewater. Since that time, the

Herron household has 45 Herron lives, to include two more grandchildren. Not one to shy away from the opportunity to help his family, Shawn has transformed his home several times to accommodate the growing numbers. This is also the home that has been the focal point for many family gatherings, holidays, birthday parties, and recently, engagements. Last year, I had asked Shawn's eldest daughter to marry me, in his home. There was a part of me that was ecstatic to be able to marry into this wonderful family. I may have been even more elated to be able to call Shawn my father, as he has been nothing less to me over the past several years. I am set to marry his daughter in the Fall of this year.

    I understand that Shawn has pleaded guilty to the crimes he was accused of. I am not writing this letter to attempt to refute these claims or ask the why's and how's. I am also not writing this letter to contemplate the morality or ethics of his actions. These are decisions left for the court, and specifically for your Honor. I am, however, writing this letter to ask that you consider not removing Shawn from his family by imprisoning him. Having been involved with the criminal justice system as part of my job, I have a first-hand account of the types of people that benefit from such a punishment. I can say for sure, that prison time is not the solution for Shawn. In a way, these last months following Shawn's arrest and arraignment have been the beginning of punishment on their own. I have seen the stress and anxiety weigh on Shawn, and if I had to guess he has undoubtedly been contemplating the effects of his actions even without intervention from the court. I ask, in place of prison time, that Shawn be asked to pay his debt to society through community service. I plead with you to keep this man where he is truly needed, and where his purpose is better suited in life; with his family.

                              Sincerely,
                        Brendan Lotterhand

**The Honorable F. Dennis Saylor, IV**
United States District Court for the district of Massachusetts
John Joseph Moakley U.S. Courthouse
Suite 2300
1 Courthouse Way
Boston, MA 02110

01 February 2022

Dear Judge Saylor,

My name is Michael Brennan

Operations Manager for GardaWorld for 32 years

I write this letter to you today on behalf of my good friend Shawn Herron who will be sentenced by you on February 17th, 2022.

Shawn and I have been friends close to 26 years. In all that time I have found Shawn to be trustworthy, selfless, honest, reliable, and loyal to both family and friends, Shawn has always assumed the care of his primary family and extended, he has helped many people get back on there feet by given them shelter and food, his door has always been open, Shawn is extremely dedicated to his family, particularly his brother. As long as I have known Shawn he has cared for and/or cleaned up his brother's messes.

I am aware that Shawn has admitted his guilt to federal criminal charges of conspiracy to distribute and possess cocaine and theft of mail by a postal employee. I know Shawn is not a criminal and that his involvement in these offenses do not represent his true character and would be done only in protection of his brother. I know first hand how devastated Shawn is by his own actions and effects it has had on his family. He is devastated by the rippling effects I know that has made high school extremely difficult for his youngest child who has been the victim of unnecessary bullying due to press releases. I am aware Shawn pleaded guilty to these offenses. I believe His

actions were solely to keep his brother out of a situation in which he was not involved. Shawn has taken sole responsibility for his actions without laying blame on his brother.

I know Shawn is an honorable man proven by him taking responsibility for his actions. My request is that you see fit not to impose a prison sentence and that you consider probation with community service. Also, that in sentencing you take into consideration he has lost his job, his pension, and his standing within the community. Shawn is not a danger to society and I am certain he will never break the law again.

Sincerely, Michael Brennan

**Nora Mellett PMHNP-BC**
**529 Pearl St**
**Brockton, MA 02301**
**Tel: 508.580.2211   Fax: 508.427.1772**

March 1st 2022

To Whom It May Concern,

Shawn Herron is a patient under my care since 2019 for depression. He is actively engaged in treatment and therapy. He has been medication compliant.

Please contact me if you have any questions or concerns.

Thank you,

*Nora Mellett* PMHNP-BC
Nora Mellett PMHNP-BC